**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000053
16-SEP-2020
08:58 AM**

NO. CAAP-19-0000053

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BAYVIEW LOAN SERVICING, A DELAWARE LIMITED
LIABILITY COMPANY, Plainitff-Appellee,
v.
ASSOCIATION OF APARTMENT OWNERS OF INN
ON THE PARK, Defendant-Appellant,
and
CLEATUS LYNN BRYANT; JANINE RAE BRYANT;
AND BUSINESS INVESTMENT CORP.,
Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS
1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50;
AND DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-2540)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, and Leonard and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal filed on September 3, 2020, and the records and files
herein, it appears that (1) the appeal has been docketed; (2) the
parties stipulate to dismiss the appeal pursuant to Hawaiʻi Rules
of Appellate Procedure (**HRAP**) Rule 42(b); (3) the stipulation is
dated and signed by counsel for all parties appearing in this
appeal; (4) the parties agree to bear their own attorneys' fees
and costs; (5) Defendant-Appellant Association of Apartment
Owners of Inn on the Park agrees to pay any unpaid costs due to
the Clerk of the Court; and (6) dismissal is authorized by HRAP

Rule 42(b). Therefore,

IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, September 16, 2020.

/s/ Lisa M. Ginoza
Chief Judge


/s/ Katherine G. Leonard
Associate Judge


/s/ Clyde J. Wadsworth
Associate Judge